J. G. EWING v. THE STATE.

No. 19533.   Delivered March 16, 1938.

The opinion states the case.

*Bond & Porter,* of Terrell, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for selling intoxicating liquor in dry territory, punishment assessed at ninety days in jail.

In the transcript forwarded to this Court we find neither a judgment of conviction nor notice of appeal. See McCallan v. State, 112 Texas Crim. Rep. 173, 15 S. W. (2d) 1049, on necessity of judgment. On necessity of notice of appeal see Article 827, C. C. P. (1925), Vernon's Ann. Texas C. C. P., Vol. 3, and cases cited thereunder.

The appeal is dismissed.